IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gina Marie Crisman,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | No. CV-21-00576-PHX-DLR (JZB)<br><br>**ORDER** |

Before the Court is United States Magistrate Judge John Z. Boyle's Report and Recommendation ("R&R") (Doc. 30). The R&R recommends that the Court remand to the Administrative Law Judge ("ALJ") for calculation and award of benefits. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or

1  recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge
2  may accept, reject, or modify the recommended disposition; receive further evidence; or
3  return the matter to the magistrate judge with instructions.").

4       **IT IS ORDERED** that the R&R (Doc. 30) is **ACCEPTED**.

5       **IT IS FURTHER ORDERED** that the reference of this case to the Magistrate
6  Judge is **WITHDRAWN**, and the Commissioner's decision is **REVERSED.** This matter
7  is **REMANDED** to the ALJ for calculation and award of disability benefits under Title II
8  of the Social Security Act.

9       **IT IS FURTHER ORDERED** that the Clerk of the Court enter judgment
10 accordingly and terminate this case.

11      Dated this 9th day of February, 2023.

Douglas L. Rayes
United States District Judge